No. 91–7660.  RAMOS *v.* NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 91–7663.  JONES *v.* POLL ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 91–7665.  EVANS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–7670.  JONES *v.* HOWARD, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 91–7671.  WINTERS *v.* RUSSELL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 91–7673.  SMITH *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 91–7674.  JOHNSON *v.* BLODGETT, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 91–7675.  RANDOLPH *v.* DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 91–7676.  ROGERS *v.* WALLIS ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 91–7677.  NYBERG *v.* BELL ET AL.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 91–7678.  LANE *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 91–7679.  MCDONALD *v.* NEW MEXICO PAROLE BOARD. C. A. 10th Cir.  Certiorari denied.

No. 91–7681.  PATTERSON *v.* DISTRICT OF COLUMBIA COMMISSION ON HUMAN RIGHTS.  Ct. App. D. C.  Certiorari denied.

No. 91–7683.  ROSENFELD *v.* VERMONT.  Sup. Ct. Vt.  Certiorari denied.

No. 91–7684.  BARONI *v.* CONRAD ET AL.  C. A. 3d Cir.  Certiorari denied.